Description of Document Filed Under Seal:  Reply Memorandum of Law in Response to Government's Submission Regarding the <u>Daubert</u> Issue