```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
               MINUTES OF PROCEEDINGS
```

**NEWARK**

**DATE: 9/16/14**

*JUDGE: HAYDEN*

**Docket#** 13-290

COURT REPORTER: Ralph Florio

DEPUTY CLERK: RoseMarie Olivieri-Guilloty

*Title of Case:*

U.S.A.  v. Jackson

*Appearances:*

Melissa Jampol, AUSA
Joseph Shumofsky, AUSA
Herbert Waldman, Esq for deft Carolyn Jackson
Ruben Sinins, Esq. for deft Carolyn Jackson
Carol Gillan, AFPD and David Holman, AFPD for deft John Jackson

*Nature of proceedings:*

Jury pre-qualifications continued at 9:00 a.m.
Jurors present at 9:30 a.m.
Lunch 1:00 until 2:00 p.m.
Jury pre-qualifications continued.

Trial w/jury adj. @ 4:30 p.m. until 9/17/14 @ 9:00 a.m.

Time in court: 6:30


cc: chambers

*RoseMarie Olivieri-Guilloty*

RoseMarie Olivieri-Guilloty, Deputy Clerk