UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 13-290 (KSH) |
| CAROLYN JACKSON and JOHN E. JACKSON | : | ORDER |

ORDER ON IN LIMINE MOTIONS

The following dates have been set forth in the above-captioned matter:

The parties shall informally exchange topics for proposed *in limine* motions by Monday, September 22, 2014;

The parties shall confer regarding those topics by Wednesday, September 24, 2014 to identify any issues of agreement to eliminate the necessity of briefing to this Court;

The parties should email a preview list of topics to be addressed in *in limine* motions to Chambers by Friday, September 26, 2014;

The parties shall file their respective *in limine* motions on Monday, September 29, 2014;

The parties shall file any opposition on Friday, October 3, 2014; and

Oral argument shall be held on Tuesday, October 7, 2014.


Date: 9/18/14

 s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge