OCTOBER 6, 2014 LETTER TO JUDGE HAYDEN FROM RUBIN SININS

FILED UNDER SEAL