**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** November 10, 2014
**JUDGE:** KATHARINE S. HAYDEN
**COURT REPORTER:** Ralph Florio/John Stone

**TITLE OF CASE:**

**DOCKET # 13-290**

UNITED STATES OF AMERICA
       vs.
Carolyn and John Jackson

**DEFTS. PRESENT**

**APPEARANCES:**
Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
Carol Gillian, AFPD for Defendant John Jackson
David Holman, AFPD for Defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**:   TRIAL WITH JURY CONTINUED

Hearing held out of the presence of the jury.
Jurors present at 10:30 a.m.
    Dr. Tymara Berry – Continued on the stand.
    Dr. Jarrod M. Kucharski – Sworn for the Government.
Court recess from 1:00 p.m. to 2:00 p.m.
    Dr. Jarrod M. Kucharski – continued on the stand.
    John Jackson, Jr. – Sworn for the Government.


Order trial adjourned at 4:30 p.m. until 11/12/14 at 9:00 a.m.


**Time Commenced:   9:00**
**Time Adjourned:    4:30**
**Total Time:**  6:30

                        S/ RoseMarie Olivieri-Guilloty
                        DEPUTY CLERK