**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** November 13, 2014
**JUDGE:** KATHARINE S. HAYDEN
**COURT REPORTER:** Ralph Florio/John Stone

**TITLE OF CASE:**

**DOCKET # 13-290**

UNITED STATES OF AMERICA
       vs.
Carolyn and John Jackson

**DEFTS. PRESENT**

**APPEARANCES:**
Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
Carol Gillian, AFPD for Defendant John Jackson
David Holman, AFPD for Defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings:**    TRIAL WITH JURY CONTINUED

Hearing held out of the presence of the jury.
Jurors present at 10:00 a.m.
    John Jackson, Jr. – continued on the stand.
Court recess from 12:30 p.m. to 1:30 p.m.
Jury released at 2:00 p.m.
Hearing held out of the presence of the jury.

Order trial adjourned at 4:30 p.m. until 11/14/14 at 9:00 a.m.

**Time Commenced:**  9:00
**Time Adjourned:**    4:30
**Total Time:**  6:30

                                                  S/ RoseMarie Olivieri-Guilloty
                                                   DEPUTY CLERK