**APRIL 20, 2015**
**NOTICE OF MOTION FOR PRODUCTION OF RECORDS**

FILED UNDER SEAL