**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** April 15, 2015
**JUDGE**  KATHARINE S. HAYDEN
**COURT REPORTER:**  Ralph Florio

**TITLE OF CASE:**

**DOCKET  # 13-290**

UNITED STATES OF AMERICA
        v.
Carolyn and John Jackson

**DEFTS. PRESENT**

**APPEARANCES:**

Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
Carol Gillian, AFPD for Defendant John Jackson
David Holman, AFPD for Defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**:  TRIAL WITH JURY CONTINUED

Trial with jury continued at 9:00 a.m.
Hearing held out of the presence of the jury.
Jurors present at 10:00 a.m.

     Dr. Gutierrez – resumed for the government.
     Cross as to witness Gutierrez.
     Re-direct as to witness Gutierrez.
     Re-Cross as to witness Gutierrez.
     Retired Sgt. Anthony DeVincenzo - Sworn for the government.
     Cross as to witness DeVincenzo.
     Re-direct as to witness DeVincenzo.
     Alison Cassone – sworn for the government.

Court recess from 1:00 p.m. to 2:00 p.m.

     Alison Cassone – continued on the stand.

Evidence admitted.

Order trial adjourned at 4:30 p.m. until 4/21/15 at 9:00 a.m.

**Time Commenced: 9:00**
**Time Adjourned: 4:30**
**Total Time: 6:30**

<u>S/ RoseMarie Olivieri-Guilloty</u>
DEPUTY CLERK