<u>**UNITED STATED DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE:** NEWARK                                             **DATE:** June 17, 2015
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:**   Ralph Florio

**TITLE OF CASE:**

                                                              **DOCKET  # 13-290**

UNITED STATES OF AMERICA
                v.
Carolyn and John Jackson
DEFTS. PRESENT

**APPEARANCES:**

Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
David Holman, AFPD for Defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**:  TRIAL WITH JURY CONTINUED

Trial with jury continued at 9:00 a.m.
Hearing held out of the presence of the jury.
Jurors present at 9:30 a.m.

      Defense calls witness Anora Rivera – Sworn for the defense
      Cross as to witness – Rivera
      Defense calls witness Dr. Naina Gross – Sworn for the defense
      Cross as to witness – Dr. Gross
      Re-direct as to witness – Dr. Gross
      Re-Cross as to witness – Dr. Gross
      Defense calls witness Sandra Stahr – Sworn for the defense
Lunch recess from 1:00 until 2:00 p.m.
      Defense continues with witness – Stahr
      Cross as to witness – Stahr

Evidence admitted.
Order trial adjourned at 3:30 p.m. until 6/18/15 at 9:00 a.m.

**Time Commenced:**   9:00
**Time Adjourned:**    3:30
**Total Time: 5:30**

                                                          S/ RoseMarie Olivieri-Guilloty
                                                          DEPUTY CLERK