**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE:** June 18, 2015
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** Ralph Florio

**TITLE OF CASE:**

                                                               **DOCKET # 13-290**

UNITED STATES OF AMERICA
             v.
Carolyn and John Jackson
DEFTS. PRESENT

**APPEARANCES:**

Melissa Jampol, AUSA for Government
Joseph Shumofsky, ASUA for Government
David Holman, AFPD for Defendant John Jackson
Carol Gillan, AFPD for defendant John Jackson
Rubin Sinins, Esq. for Defendant Carolyn Jackson
Herbert Waldman, Esq. for Defendant Carolyn Jackson

**Nature of Proceedings**: TRIAL WITH JURY CONTINUED

Trial with jury continued at Noon.
Hearing held out of the presence of the jury.
Jurors present at 1:30 p.m.

        Defense calls witness Lynn Thomasen – Sworn for the defense
        Cross as to witness – Thomasen
        Defense calls witness Dr. Mark Fergeson – Sworn for the defense
        Cross as to witness – Dr. Fergeson
        Re-direct as to witness – Dr. Fergeson
        Defense calls witness Keith Gooding – Sworn for the defense
        Cross as to witness – Gooding

Evidence admitted.
Order trial adjourned at 3:30 p.m. until 6/24/15 at 9:00 a.m.

**Time Commenced:** Noon
**Time Adjourned:** 3:30
**Total Time: 3:30**

                                                               S/ RoseMarie Olivieri-Guilloty
                                                               DEPUTY CLERK